AO 91 (Rev. 11/11) Criminal Complaint   FM7   18-057

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>**MICHAEL HARRIS**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br>18- 780 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 17, 2018__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | On or about May 17, 2018, in Philadelphia, in the Eastern District of Pennsylvania, defendant MICHAEL HARRIS, having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, described in detail in the attached Affidavit. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*   05/17/2018

Special Agent Michael Popolizio, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/17/2018__

*Judge's signature*

City and state: __Philadelphia, PA__   Timothy R. Rice, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Popolizio, being duly sworn, depose and say:

## INTRODUCTION

1. I am a Special Agent of the United States Drug Enforcement Administration (hereinafter referred to as "DEA") assigned to the Philadelphia Division Enforcement Group 22, investigating narcotics trafficking. I have been employed as a DEA Special Agent since August 2008. I have received specialized training from the DEA Academy at Quantico, Virginia in the investigation and identification of narcotics traffickers. I have participated in numerous investigations which have led to the arrest and conviction of numerous narcotics traffickers. I have conducted physical and electronic surveillance, debriefed confidential sources, interviewed witnesses, executed search warrants, analyzed telephone toll records of narcotics traffickers, and reviewed recorded conversations concerning drug trafficking.

2. During my employment with the DEA, I have been assigned to the investigation of violent narcotics traffickers and have previously participated in numerous investigations which led to the arrest and conviction of narcotics dealers. Since 2008, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics, search warrant applications and various other crimes. In my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds and the organization of drug conspiracies. I am familiar with the clandestine manner in which fentanyl, heroin, cocaine, cocaine base, also known as crack or crack cocaine, marijuana, methamphetamine and other controlled substances are manufactured, sold, distributed and used. I am also familiar with prices, street slang, terms, codes and mechanisms used in association with the distribution and use of illicit narcotics. In the course of conducting these investigations, I have been involved in the use of the following investigative techniques: interviewing informants and cooperating

witnesses; conducting physical surveillance; conducting short term and long term undercover operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court authorized wire and oral interception electronic surveillance and preparing and executing search warrants which have led to substantial seizures of narcotics, firearms, contraband, and evidence of criminal activity.

3. I submit this affidavit seeking the issuance of an arrest warrant for, and a criminal complaint charging, MICHAEL HARRIS with possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

4. This affidavit is based upon my personal knowledge, experience and training, and other information developed during the course of this investigation. This affidavit is also based upon information and experience imparted to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest warrant for MICHAEL HARRIS, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to establish that HARRIS was a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

## FACTS ESTABLISHING PROBABLE CAUSE

5. On May 17, 2018, your affiant and fellow law enforcement agents and officers executed a federal search warrant (Magistrate Number 18-772-1-M) for a residence located at Alden Park Apartments, 5500 Wisshickon Avenue, Manor apartment building, apartment number MAB00705, Philadelphia, Pennsylvania, 19144.

6. Your affiant and fellow law enforcement agents and officers used a key to unlock the front door of apartment number MAB00705, and announced "Police, Search

2

Warrant," while entering the property. As agents and officers cleared the apartment, they encountered the bedroom door, which was locked.

7. Agents and officers attempted to breach the door, but were initially unable to do so. As they repeatedly attempted to breach the door, agents heard what sounded like an individual inside of the bedroom.

8. MICHAEL HARRIS eventually unlocked the door, and agents observed HARRIS in the doorway. HARRIS was placed in handcuffs at that time. Agents asked HARRIS if there were any drugs, money, or firearms in the room, and the defendant responded that he had a firearm under the mattress.

9. Under the mattress, agents recovered a tan and black, Sig Sauer P229 Elite, .40 caliber pistol, which was loaded with 10 rounds in the magazine.

10. MICHAEL HARRIS is prohibited from possessing a firearm as he was previously convicted of a felony drug offense in the Delaware County Court of Common Pleas (CP-23-CR-0007261-2015), on May 5, 2016.

11. Because of the sensitive nature of this ongoing investigation, an Order is sought sealing the Criminal Complaint, Affidavit, and Arrest Warrant. The government will request a limited unsealing solely for the purposes of HARRIS' initial appearance, probable cause and detention hearings.

## CONCLUSION

12. WHEREFORE, based upon my training and experience and my knowledge of this investigation, I have probable cause to believe, and do so believe, that MICHAEL HARRIS was a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

Sworn to before me this 17 day

of May, 2018

HONORABLE TIMOTHY R. RICE
United States Magistrate Judge

Michael Popolizio
Special Agent
Drug Enforcement Administration